IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BERNARD KATZ                                                                                      PLAINTIFF

V.                                                           CIVIL ACTION NO. 3:19-cv-00153-SA-RP

HOMER SKELTON FORD, INC.                                                              DEFENDANT

AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' *ore tenus* Joint Motion to Dismiss the above styled and numbered action, and the Court, being advised that the parties have resolved all claims in said matters, and the Court being otherwise fully advised in the premises, is of the opinion and hereby finds that this motion is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED, that the above styled and numbered action should be, and the same hereby is, DISMISSED WITH PREJUDICE, with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the 24th day of March, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

*/s/ Jenessa Carter Hicks*
DAVID E. ROZIER, JR. (MSB #5712)
JENESSA CARTER HICKS (MSB #103287)

/s/ Philip Oliphant
Philip Oliphant (*Pro Hac Vice*)
John Hinkle
*Counsel for the Plaintiff*